No. 5. Continental Fire Insurance Co. of New York v. Jesse H. Herd. The bill of exceptions does not purport to contain all the evidence introduced on the trial of the cause; the court is thus deprived of the necessary information to enab'c it to decide the case upon the errors assigned, and the judgment is affirmed. Opinion PER CURIAM. Judge below, DANIEL M. BROWNING. Attorneys, for appellant, Messrs. MOYER & SMITH; for appellee, Mr. W. B. FLANNIGAN and Mr. W. H. WILLIAMS. Opinion filed April 15, 1886.